# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TORRANCE SMART

NO. 2021 KW 0580

**JULY 30, 2021**

---

In Re:    Torrance Smart, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-15-0820.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

    **WRIT DENIED.** This writ application seeking the production of documents appears to be filed in this court in the first instance. If relator desires to obtain a copy of the district court's ruling, he should first seek relief in the district court

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT